# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCIS JAMES JOHNSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 75041

FILED

MAR 0 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from a post-judgment order granting motion for order determining appellant to be a vexatious litigant. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b); *Peck v. Crouser*, 129 Nev. 120, 124, 295 P.3d 586, 588 (2013) (holding that post-judgment vexatious litigant determinations are not independently appealable); *Yu v. Yu*, 133 Nev., Adv. Op. 90, 405 P.3d 639 (2017) (concluding that a post-judgment vexatious litigant determination may only be considered in an appeal from an otherwise appealable order). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule authorizes an appeal from a post-judgment order determining

18-01470

appellant to be a vexatious litigant. Accordingly, we conclude that we lack jurisdiction, and we,

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James Crockett, District Judge
       Francis James Johnson
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk